IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CRAIG ALLEN JOHNSON, | § | |
| Plaintiff | § | |
| | § | |
| vs. | § | CIVIL ACTION NO. 4:15-cv-01490 |
| | § | Jury Demanded |
| TARGET LOGISTICS | § | |
| MANAGEMENT, LLC, | § | |
| Defendant | § | |

**PLAINTIFF CRAIG ALLEN JOHNSON'S FINAL TRIAL PLAN**

| A.  PLAINTIFF INTENDS TO CALL: | DIRECT | RE-DIRECT |
|---|---|---|
| Craig Allen Johnson | **6 hours** | **1 hours** |
| Kristi Johnson | 2 hours | .5 hours |
| Brad Archer | 6 hours | 1 hour |
| John Paul Vincent, Ph.D., ABPP | 3 hours | 1 hour |
| Helga A. Zauner, MBA, AB, CVA, CFE, MAFF | 1 hour | .5 hours |
| Joseph Murphy | 3 hours | .5 hours |
| Daniel Patrick McGahn by deposition | 6 hours | 1 hour |
| Travis Kelley | 2 hours | .33 hours |
| Patrick Murphy by deposition | .5 hours | |
| Raymond Crump | 1.5 hours | .33 hours |
| Katherine Westgeest by deposition | .5 | |

| David Ludwig by deposition | .5 hours | |
|---|---|---|
| Donald Alexander | 1.5 hours | .33 hours |
| Target Corporate Representative - Hiring of Veterans, disabled veterans and Tax credits | McGahan | |
| Target Corporate Representative - Company's Philosophies as stated in the corporate handbook | McGahan | |

| | | |
|---|---|---|
| Target Corporate Representative - Policies and Procedures from November 2013 through Johnson's resignation | McGahan | |
| Target Corporate Representative - Company's implementation of the ADA and FMLA | McGahan | |
| Target Corporate Representative - The Company's investigation December 2014 | McGahan | |
| Target Corporate Representative - The Company's investigation March 2015 | McGahan | |
| Target Corporate Representative - The Company's investigation December 2014 Employment actions taken against Johnson and when | McGahan | |
| Target Corporate Representative - application of the ADA in this case including notice to Johnson, Johnson's notice to the Company, and the Company's response to Johnson | McGahan | |
| Target Corporate Representative - application of the FMLA in this case including notice to Johnson, Johnson's notice to the Company, and the Company's response | McGahan | |
| Target Corporate Representative - the job offers extended to Johnson | McGahan | |

| B.   DEFENDANT'S WITNESSES | PLAINTIFF'S CROSS |
|---|---|
| Joe Murphy | 1 hour |
| Brad Archer | 1 hour |
| Travis Kelley | 1 hour |
| Ray Crump | 1 hour |
| Donald Alexander | .75 hours |
| Dan McGahan | 1.5 hours |
| Fred Bass | .75 hours |
| Tom King | .75 hours |
| Craig Johnson | 1 hour |
| Kristi Johnson | .5 hours |
| Terry Legions | .25 hours |
| Greg Hauck | .25 hours |
| Danny Handshoe | .25 hours |
| C.   PLAINTIFF'S REMAINING TIME NECESSARY FOR PRESENTATION | **PLAINTIFF** |
| Voir Dire | 1 hour |
| Opening | .75 hours |
| Closing | 1 hour |

| | |
|---|---|
| Offers of Proof? | ? |
| **D. PLAINTIFF'S TIME NECESSARY FOR HEARING MATTERS** | **PLAINTIFF** |
| Jury Charge Conferences | 3 hours |
| Motion to Limit Defendant's Testimony to Matters within Individual's Personal Knowledge | .25 hours |
| Response to Anticipated Motion to Quash Subpoenas | .25 hours |
| | |

## NOTICE OF ELECTRONIC FILING

I, Jo Miller, do hereby certify that I have electronically submitted for filing, a true and correct copy of the above and foregoing document in accordance with the Electronic Case Files System of the Southern District of Texas, on this the 16th day of March, 2017.

> */s/   Jo Miller*
> Jo Miller

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was electronically served on Defendant's counsel of record, Charles L. Stinneford, GORDON ARATA MCCOLLAM DUPLANTIS & EAGAN, LLC, 1980 Post Oak Blvd, Suite 1800, Houston, Texas 77056 on March 16, 2017.

> */s/  Jo Miller*
> Jo Miller
> Attorney-in-Charge for Plaintiff,
> Craig Allen Johnson