United States District Court
Southern District of Texas
**ENTERED**
March 17, 2017
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Craig Allen Johnson, | § § § | |
| v. | § § | CIVIL ACTION  H-15-1490 |
| Target Logistics Management, LLC, | § § § | |

## TIMING ORDER

The Court has considered the estimated time for the above referenced matter. The parties estimated, at a prior status conference, that the entire jury trial would require approximately **fifteen days.** In their final trial plans submitted to the Court, Plaintiff estimates 47.99 hours of court time for their portion of the case and Defendant estimates 30.75 hours of court time for their portion of the case. The parties' final estimates equate to court time of **78.74 hours, or approximately 14.0 days** (at 5.5 hours per day of testimony) **or approximately 15.0 days** (at 5.0 hours per day of testimony). Based upon the Court's evaluation of the case and the estimates provided by counsel, the Court hereby

ORDERS that the parties be allocated the following total time for all trial matters (excluding voir dire, jury charge conference, summation and reading of the jury charge):

- Plaintiff is allocated a total time of 23.0 hours.

- Defendant is allocated a total time of 15.0 hours.

SIGNED at Houston, Texas, on this the __17__ day of March, 2017.

_____
DAVID HITTNER
United States District Judge