COURTROOM MINUTES

JUDGE  Hittner                                                                    PRESIDING

COURTROOM CLERK        E. Alexander

COURT REPORTER    Kathy Metzger

LAW CLERK    Jeremy Dunbar

MORNING                     AFTERNOON
SESSION _____        SESSION 1:00 - 4:00       DATE: 3/17/17

---

DOCKET ENTRY

DH ) 4:15-cv-1490                                  (Rptr- Metzger          )
        (PROCEEDINGS: Final Pretrial Conference            )

Craig Allen Johnson,              V.      Target Logistics Management, LLC

Appearances: For Plaintiff:  Jo Miller and Tobias Cole

For Defendant: Charles Stinneford & Donna Currault

Final Pretrial Conference held.   Doc. #'s 66, 74 were withdrawn.

Doc. #'s 76, 79, 94 are denied.  Doc. # 68 was granted & denied as stated on the record.  Doc. # 107 - granted as stated on the record.  Doc. # 108 - Parties will stipulate as stated on the record.

---

Witnesses: